**Mohammad A. MIAN, Plaintiff–Appellant,**

v.

**GENERAL MANAGER, BALTIMORE–WASHINGTON MANHEIM AUCTION; Baltimore–Washington Manheim Auction, Defendants–Appellees.**

No. 15–2261.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: April 13, 2016.

Mohammad A. Mian, Appellant Pro Se. G. Brendan Ballard, Sutherland Asbill & Brennan, LLP, Washington, D.C., for Appellees.

Before KING, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad A. Mian appeals the district court's orders dismissing his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Mian v. Gen. Manager*, No. 8:14–cv–02534–TDC (D.Md. May 22, 2015; Oct. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*